IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ELIZABETH MCCUISTION AND DANNY MCCUISTION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 317CV01316L |
| WAL-MART TRANSPORTATION, LLC AND WAL-MART STORES, INC. | § § § § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all parties hereby stipulate to the Dismissal with Prejudice of the above entitled cause of action.

Respectfully submitted,

ZELBST, HOLMES & BUTLER

*/s/ John P. Zelbst*
John P. Zelbst, OBA No. 9991
David Butler, OBA No. 16912
Clay R. Zelbst, OBA No. 32152
411 S.W. 6th Street
P.O. Box 365
Lawton, Oklahoma 73502-0365
Tel: (580)248-4844
Fax: (580)248-6916
zelbst@zelbst.com
clay@zelbst.com

*Attorneys for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 7th day of May, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Stephani R. Johnson
Stephani.johnson@wilsonelser.com

Amanda Harvey
amanda.harvey@wilsonelser.com

Maryquinn Cooper
maryquinn.cooper@mcafeetaft.com

*/s/ John P. Zelbst*